# UNITED STATES BANKRUPTCY COURT
## SOUTHERN DISTRICT OF OHIO
### EASTERN DIVISION

In Re:

Case No. 19-51047

Chapter 13

Matthew A. Fuller,

Judge Mina Nami Khorrami

Debtor(s).

**AMENDED NOTICE OF FINAL CURE PAYMENT (#59)**

Pursuant to Federal Rule of Bankruptcy Procedure 3002.1(f), the Chapter 13 Trustee, Faye D. English files this Amended Notice of Final Cure Payment indicating the amount required to cure the default on the claim listed below has been paid in full.

**Name of Creditor:** U.S. Bank National Association, not in its individual capacity but solely as trustee for RMTP Trust, Series 2021 Cottage-TT-V
**Last 4 Digits of Account Number:** 0111
**Real Property Located at:** 435 Park Lane Drive, Johnstown, OH 43031-1132

| Final Cure Amount(s) |
| --- |
| Court Claim No. 5-1 |
| Amount of Allowed Pre-Petition Arrearage: $8,102.05 |
| Amount Paid by the Trustee: $8,102.05 |
| Court Claim No. |
| Amount of Allowed Post-Petition Arrearage: |
| Amount Paid by the Trustee: |

| Monthly Ongoing Mortgage Payment |
| --- |
| ☐ Mortgage was paid directly by Debtor(s) |
| ☐ Mortgage was initially paid directly by Debtor(s) then paid through the Trustee as a conduit.<br>    Amount Paid by the Trustee: *Choose an item.* |
| ☒ Mortgage was paid through the Trustee as a conduit.<br>    Amount Paid by the Trustee: **$38,421.47 (March 2019 through and including December 2022)** |

Pursuant to Federal Rule of Bankruptcy Procedure 3002.1(g), within 21 days of the service of the Amended Notice of Final Cure Payment, the creditor shall file and serve on the Debtor, Debtor's counsel and Trustee a statement indicating (1) whether it agrees that the Debtor has paid in full the amount required to cure the default on the claim; and (2) whether the Debtor is otherwise current on all payments consistent with 11 U.S.C. § 1322(b)(5). The statement shall itemize the required cure or post-petition amounts, if any, that the creditor contends remain unpaid as of the date of the statement.  The statement shall be filed as a supplement to the

creditor's proof of claim- and is not subject to Rule 3001(f). If the creditor fails to provide any information required under Rule 3002.1(g), the court may, after notice and a hearing, impose sanctions under Rule 3002.1(i).

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing Amended Notice of Final Cure Payment (#59) was served (i) **electronically** on the date of filing through the court's ECF System on all ECF participants registered in this case at the email address registered with the court and (ii) by **first class mail** on February 8, 2023 addressed to:

Matthew A. Fuller
435 Park Lane Drive
Johnstown, OH 43031

U.S. Bank National Association, as Trustee
c/o Rushmore Loan Management Services
PO Box 55004
Irvine, CA  92619-2708

/s/ Faye D. English
Faye D. English (0075557), Chapter 13 Trustee